**FILED**
CLERK, U.S. DISTRICT COURT
June 25, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_DTA\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADRIAN GONZALEZ,<br><br>    Defendant. | No. 8:21-cr-00120-AB<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 220(a)(2): Paying Remuneration in Return for Referring a Patient and Patronage to a Clinical Treatment Facility] |
|---|---|

The Acting United States Attorney charges:

[18 U.S.C. § 220(a)(2)]

On or about October 5, 2020, in Orange County, California, within the Central District of California, defendant ADRIAN GONZALEZ knowingly and willfully paid remuneration, namely, a wire transfer of $16,000 to a JP Morgan Chase Bank account held in the name of Moore Recovery Solutions LLC, directly and indirectly, overtly and covertly, in cash and in kind, (1) to induce a referral of an individual to a clinical treatment facility, and (2) in exchange for an individual using the services of a clinical treatment facility,

///

///

each with respect to services covered by a health care benefit program, in and affecting interstate commerce.

TRACY L. WILKISON
Acting United States Attorney

*/s/*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL KAHN
Acting Chief, Fraud Section
U.S. Department of Justice

NIALL M. O'DONNELL
Assistant Chief, Fraud Section
U.S. Department of Justice

JUSTIN P. GIVENS
Trial Attorney, Fraud Section
U.S. Department of Justice