```
                                             F I L E D
                                       CLERK, U.S. DISTRICT COURT

                                            June 25, 2021

                                       CENTRAL DISTRICT OF CALIFORNIA
                                       BY: _____DTA_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　PLAINTIFF<br>　　　v.<br>ADRIAN GONZALEZ,<br>　　　　　　　　DEFENDANT(S) | CASE NUMBER<br>CR No.   8:21-cr-00120-AB<br><br>**NOTICE TO COURT OF<br>RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

　　Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Darius Moore</u>, Case No. SA CR 21-79-JLS, which:

　　　__x__　　was previously assigned to the Honorable Josephine L. Staton.

The above-entitled cases may be related for the following reasons:

　　　__x__　　the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

　　　__x__　　the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

　　Additional explanation (if any):

　　Defendant GONZALEZ is one of the co-conspirators identified by pseudonym in the indictment in US v. Moore.  The offense conduct in both cases are the same.

Dated: June 23, 2021　　　　　　　　　　　　　　　*/s/ Benjamin R. Barron*
　　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN R. BARRON
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney