JUSTIN P. GIVENS
United States Dept of Justice, Fraud Section
300 N. Los Angeles St., Suite 2001
Los Angeles, California 90012
(202) 880-2234

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | No. 8:21-CR-00120-JLS |
| v. | |
| ADRIAN GONZALEZ, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

Ex Parte Application to File Under Seal
Proposed Order Sealing Document
Under Seal Document
Proposed Order
Certificate of Service

**Reason:**

[✓]  Under Seal
[ ]  In Camera
[ ]  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ]  Per Court order dated: _____
[ ]  Other:

December 9, 2021
Date

/s/ JUSTIN P. GIVENS
Attorney Name

United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)            **NOTICE OF MANUAL FILING OR LODGING**